# Court of Appeals
# of the State of Georgia

ATLANTA,  July 31, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1797.  BILAL ABDUL RASHEED v. NADIA EL BADAOUI.**

The trial court found Bilal Abdul Rasheed in contempt for failing to pay child support.  Rasheed filed this direct appeal.  We, however, lack jurisdiction.

Because this case involves the collection of child support, it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2).  See *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 426-427 (731 SE2d 110) (2012); *Davis v. Welch*, 205 Ga. App. 462, 463 (422 SE2d 323) (1992).  Appeals in such matters must be taken by application for discretionary appeal.  See *Booker*, supra; *Davis*, supra. Rasheed's failure to follow the discretionary appeal procedure deprives us of jurisdiction to consider his appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  07/31/2017
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , *Clerk.*